# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JACOB ELLIOTT, | Case No. 0:18-cv-00403 (NEB/KMM) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WARDEN DAVID PAUL, | |
| Respondent. | |

The Court has received the November 14, 2018 Report and Recommendation of United States Magistrate Judge Katherine Menendez. [ECF No. 24.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 24] is ACCEPTED;

2. The Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DENIED; and

3. The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 20, 2018

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge